MICHAEL S. ACKERMAN
MA 2134

XCA L 46293-1/jo
ZUCKER, GOLDBERG & ACKERMAN
Attorneys for Secured Creditor
WELLS FARGO HOME MORTGAGE, INC.
1139 Spruce Drive
P.O. Box 1024
Mountainside, New Jersey   07092-0024
1-908-233-8500

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN THE MATTER OF: | CHAPTER 13 |
|  | CASE NO. 02-52305 (RTL) |
| VICTOR RAIMO SR. | **AMENDED NOTICE OF OBJECTION TO PLAN** |
| DEBTOR. | **CONFIRMATION HEARING:** 7/16/02 @ 9:00 AM |

The undersigned, ZUCKER, GOLDBERG & ACKERMAN, attorneys for Secured Creditor WELLS FARGO HOME MORTGAGE, INC., hereby amends its objection to the Debtor's Chapter 13 Plan on the following grounds:

1. The Secured Creditor has filed a claim for arrearages in the amount of $40,903.35.

2. The Debtor's plan provides for monthly Trustee distributions of $417.

3. The Debtor's proposed plan will satisfy the Secured Creditor's claim within 104 months.

4. The Secured Creditor objects as the plan's duration is in excess of 60 months, in violation of 11 U.S.C. 1322(d) and the Debtor's plan is not feasible in violation of 11 U.S.C. 1325(a)(6).

```
                              ZUCKER, GOLDBERG & ACKERMAN
                              Attorneys for Secured Creditor
                              WELLS FARGO HOME MORTGAGE, INC.


                              _____
                              MICHAEL S. ACKERMAN
                              MEMBER OF THE FIRM
```

DATED: March 28, 2002

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**

# ZUCKER, GOLDBERG & ACKERMAN

ATTORNEYS AT LAW

1139 SPRUCE DRIVE
P.O. BOX 1024
MOUNTAINSIDE, NJ 07092-0024
TELEPHONE: 908-233-8500
FACSIMILE: 908-233-1390

E-MAIL: office@zuckergoldberg.com

LEONARD B. ZUCKER
MICHAEL S. ACKERMAN
JOEL ACKERMAN*
THOMAS A. SZYMANSKI
———
MARCO M. BENUCCI
JANINE A. GETLER**
RICHARD P. HABER

*ALSO MEMBER OF NY AND CA BAR
**ALSO MEMBER OF NY AND PA BAR

FOUNDED IN 1923
AS ZUCKER & GOLDBERG

MAURICE J. ZUCKER (1918-1979)
LOUIS D. GOLDBERG (1923-1967)
LEONARD H. GOLDBERG (1929-1979)
BENJAMIN WEISS (1949-1981)

- Of Counsel -
ROSALIND M. KENDELLEN
HOWARD R. BERMAN

XCA L 46293-1

March 28, 2002

Clerk, U.S. Bankruptcy Court
402 E State St, Room 3 4th Floor
Trenton, NJ 08608

     **Re:** Victor Raimo Sr.
   **Loan No.:** 8401921
   **Case No.:** 02-52305 (RTL)
   **Premises:** 469 Route 72
       Barnegat, NJ 08005
**Secured Creditor:** WELLS FARGO HOME MORTGAGE, INC.

Dear Sir:

Relative to the above noted bankruptcy filed in your office, this office represents WELLS FARGO HOME MORTGAGE, INC., the secured creditor in the above matter.

At the request of our client, we enclose herewith an original and two (2) copies of an Amended Notice of Objection.

Please file the original in your office, note date of filing on the copies and return said extra copy to this office in the envelope enclosed.

          Respectfully yours,
          ZUCKER, GOLDBERG & ACKERMAN

     By: _____
        MICHAEL S. ACKERMAN

MSA/jo
Enclosures
cc: Victor Raimo, Esq.
  Robert M. Wood, Chapter 13 Trustee
  Victor Raimo Sr.

---

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**