```
                        UNITED STATES BANKRUPTCY COURT

 IN THE MATTER OF:                                                    PAGE   1

                                    )      CHAPTER 13
                                    ) CASE NO.       0252305  RTL
                                    )
VICTOR H RAIMO                      )      DATE FILED: 02/28/2002
1044 WESTFIELD AVENUE               ) DATE CONFIRMED: 07/16/2002
                                    ) DATE CONCLUDED: 08/20/2002
RAHWAY        , NJ  07066    DEBTOR (S)  )
                                    )
-----------------------------------------)


                          CHAPTER 13 STANDING TRUSTEE'S
                                  FINAL REPORT
                          NOT CONFIRMED(AND DISMISSED)

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
-------------------------------------- --------------------------------------
                                         Amount       Paid
Claim Creditor's Name                    Allowed      to Date       Balance Due
-------------------------------------- --------------------------------------


UNCATEGORIZED CREDITOR
001 ZUCKER, GOLDBERG, ACKERMAN            0.00         0.00          0.00
003 GREATER COASTAL REALTY                0.00         0.00          0.00
004 FEDERMAN & PHELAN ESQS                0.00         0.00          0.00
                                                   -------------
                                                       0.00
SECURED
002 WELLS FARGO BANK                      0.00         0.00          0.00
                                                   -------------
                                                       0.00
PRIORITY
005 WELLS FARGO BANK                      0.00         0.00          0.00
                                                   -------------
                                                       0.00
DEBTOR ATTORNEY
000 VICTOR E RAIMO ESQ                    0.00         0.00          0.00
                                                   -------------
                                                       0.00


-----------------------------------------------------------------------------
     TOTAL RECEIPTS        DISBURSED         TRUSTEE FEES         CASH ON HAND
         0.00                0.00                0.00                 0.00
-----------------------------------------------------------------------------
```

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her
as Trustee and releasing the Trustee and the Trustee's surety from any and all
liability on account of the within proceedings, and closing the estate, and for
such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                              s/ Robert M. Wood, Trustee
                              2517 Highway 35
                              Villages II
                              Manasquan, NJ  08736
```

FINAL REPORT

PRINTED  08/20/02